

**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
Brookfield Place, 200 Vesey St.
New York, NY  10281-1022

**DIVISION OF
ENFORCEMENT**

David Stoelting
Senior Trial Counsel
(212) 336-0174 (direct)
(212) 336-1324 (fax)

April 3, 2017

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *SEC v. Gregory T. Dean and Donald J. Fowler,* 17-cv-139-GHW

Dear Judge Woods:

I write to request an extension of time for the SEC's response to the motion to dismiss filed by the Defendants on Monday, March 27.

Under the Court's March 8 Order (Dkt. 16), the SEC's opposition is due "three weeks after the date of service," or Monday, April 17.  As myself and my co-counsel are both away the previous week; however, the SEC requests that the due date for the SEC's opposition be moved from Monday, April 17 to Friday, April 21.

This is the SEC's first request for an extension, and granting the extension would not affect any other scheduled dates.  Liam O'Brien, counsel for the Defendants, has consented to the SEC's request.

A proposed Order is attached, and has also been submitted to the Orders and Judgments Clerk.

Respectfully submitted,

/s *David Stoelting*

David Stoelting

cc: Liam O'Brien, Esq.