```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES AND EXCHANGE           :
COMMISSION,                       :
                                  :
                      Plaintiff,  :     1:17-cv-139-GHW
                                  :
        -against-                 :     ORDER
                                  :
GREGORY T. DEAN, and DONALD J.    :
FOWLER,                           :
                                  :
                     Defendants.  :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/17

GREGORY H. WOODS, United States District Judge:

Defendants filed a motion to dismiss the complaint on March 27, 2017. Dkt. No. 20. In lieu of opposing Defendants' motion, Plaintiff filed an amended complaint on April 21, 2017. Dkt. No. 25. Accordingly, pursuant to Rule 3(D) of the Court's Individual Rules of Practice in Civil Cases, Defendant's motion is dismissed as moot.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: May 5, 2017  
New York, New York

_____  
GREGORY H. WOODS  
United States District Judge