UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : | |
| Plaintiff, | : : : | |
| -against- | : : | 17-CV-139 (GHW) ECF Case |
| GREGORY T. DEAN and DONALD J. FOWLER, | : : : : | |
| Defendants. | : : | |

## NOTICE OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS GREGORY T. DEAN AND DONALD J. FOWLER

PLEASE TAKE NOTICE that, upon the annexed Rule 56.1 Statement of Undisputed Facts of Plaintiff Securities and Exchange Commission, dated February 9, 2018, the annexed Declaration of David Stoelting, executed February 9, 2018, and the exhibits thereto, Plaintiff's Memorandum of Law in Support of its Motion for Summary Judgment, and all prior proceedings and pleadings in this action, Plaintiff Securities and Exchange Commission will move this Court, before the Honorable Gregory H. Woods, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order granting Plaintiff summary judgment against Defendants Gregory T. Dean and Donald J. Fowler pursuant to Rule 56 of the Federal Rules of Civil Procedure, together with such additional relief as the Court may deem appropriate and just.

Dated:     New York, New York
           February 9, 2018

                                     Respectfully submitted,

By: _____
       Jorge G. Tenreiro

*Attorney for Plaintiff*
U.S. Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, New York 10281
(212) 336-9145 (Tenreiro)