**From:** Liam Obrien
**Sent:** Tuesday, September 26, 2017 1:48 PM
**To:** 'Pauley, Kristin'
**Cc:** Harry Delagrammatikas; Stoelting, David
**Subject:** RE: SEC v. Dean and Fowler

Kristin:

Attached please find defendants' supplemental discovery comprised of recordings relating to some of the JDN customers.

Regards,

Liam O'Brien, Esq.

McCORMICK & O'BRIEN, LLP

9 East 40th Street, 4th Floor, New York, NY 10016

1

p: 1.212.286.4471 x 111
f: 1.212.504.9574
e: lobrien@mcoblaw.com
www.mcoblaw.com

  

Sign up for our e-newsletter
Privilege/confidentiality/cybersecurity notice