UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/24/19

-------------------------------------------------------------------X

SECURITIES AND EXCHANGE
COMMISSION,

                      Plaintiff,

          -against-

GREGORY T. DEAN and DONALD J.
FOWLER,

                  Defendants.

1:17-cv-139-GHW

ORDER

-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On May 24, 2019, the Court provided counsel in this case with proposed jury voir dire

questions by e-mail. The parties are directed to submit any comments on the proposed voir dire

questions to the Court via letter filed on the docket no later than May 29, 2019.

SO ORDERED.

Dated: May 24, 2019
New York, New York

_____
GREGORY H. WOODS
United States District Judge