USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

SECURITIES AND EXCHANGE COMMISSION,

                           Plaintiff,

-against-

GREGORY T. DEAN and DONALD J. FOWLER,

                           Defendants.

-------------------------------------------------------------------X

1:17-cv-139-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      For the reasons stated on the record during the teleconference held on May 22, 2019:

(i) Defendants' motion to exclude the testimony of Eugene Bernardo, Dkt. No. 126, is **DENIED**; (ii) Defendants' motion to exclude evidence concerning other customer disputes, Dkt. No. 128, is **DENIED**; (iii) Defendants' motion to exclude evidence related to alleged unauthorized trades, unsuitability, and churning, Dkt. No. 130, is **DENIED**; (iv) Plaintiff's motion to exclude evidence and argument regarding customer sophistication, post-investment disclosures, and SEC communications, Dkt. No. 107, is **GRANTED in part and DENIED in part.** Plaintiff's motion is granted with respect to evidence of customer sophistication and the SEC communications. It is denied with respect to the post-investment disclosures.

      The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 107, 126, 128, and 130.

      SO ORDERED.

Dated: May 24, 2019
New York, New York

                                                    GREGORY H. WOODS
                                                United States District Judge