# McCormick & O'Brien, LLP

*9 East 40th Street*
*Fourth Floor*
*New York, New York 10016*

*Main Number: 1 (212) 286-4471*                                   *Main Facsimile: 1 (212) 504-9574*

June 5, 2019

**VIA HAND DELIVERY**
The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: <u>SEC v. Gregory T. Dean and Donald J. Fowler, 17-cv-139-GHW</u>

Dear Judge Woods:

We represent Defendants Gregory Dean and Donald Fowler in the above-captioned matter.

Defendants respectfully request that the court designate additional testimony for Mr. Bernardo. The SEC has objected pursuant to the Court's Order, denying Defendants' Motion in Limine to Exclude the Testimony of Eugene Bernardo, dated May 28, 2019.

A copy of the Defendants' revised designations with the SEC's objections is annexed hereto.

Best regards,

_____/s/_____
Liam O'Brien, Esq.
McCORMICK & O'BRIEN, LLP
9 East 40th Street, 4th Floor
New York, NY 10016
(212) 320.8972 x 700
lobrien@mcoblaw.com

To:   **Via Electronic Mail**
       David Stoelting, Esq.
       Kristin M. Pauley, Esq.
       Attorneys for Plaintiff

Securities and Exchange Commission
New York Regional Office
200 Vesey Street, Suite 400
New York, NY 10281-1022