USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: _6/21/2019_

*Verdict Sheet*
*Ct. Ex 9*
*6/20/19*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X

SECURITIES AND EXCHANGE
COMMISSION,
            :
            :       1:17-cv-139-GHW
            :
            :
       Plaintiff,  :
            :
-against-         :
            :
            :
DONALD J. FOWLER,  :
            :
            :
       Defendant.  :
            :

------------------------------------------------------------------ X

## VERDICT SHEET

Please indicate each of your verdicts with a check mark (✓).

1. Did the Defendant with scienter employ any device, scheme, or artifice to defraud, or engage in any act, practice, or course of business which operated or would operate as a fraud or deceit upon any person, in violation of **Section 10(b)** of the Securities Exchange Act (the "Exchange Act"), **Exchange Act Rules 10b-5(a)** or **10b-5(c)**, or **Section 17(a)(1)** of the Securities Act?

    Yes   __✓__               No   _____

2. Did the Defendant with scienter make any untrue statement of a material fact, or any omission of a material fact, in violation of **Section 10(b)** of the Exchange Act and **Exchange Act Rule 10b-5(b)**?

    Yes   __✓__               No   _____

3. Did the Defendant negligently obtain money or property by means of any untrue statement of a material fact, or by any omission of a material fact, in violation of **Section 17(a)(2)** of the Securities Act?

    Yes   __✓__               No   _____

4. Did the Defendant negligently engage in any transaction, practice, or course of business which operated or would operate as a fraud or deceit upon the purchaser of a security, in violation of **Section 17(a)(3)** of the Securities Act?

Yes ____✓____                          No _____

5. Did the Defendant with scienter recommend an investment strategy with no reasonable basis to believe the strategy was suitable for any customer, in violation of **Section 10(b)** of the Exchange Act?

Yes ____✓____                          No _____

If Yes: **Do not answer** question 6. If No: **Answer** question 6.

6. Did the Defendant with scienter recommend an investment strategy to any of the following customers with no reasonable basis to believe the strategy was suitable for that customer, in violation of **Section 10(b)** of the Exchange Act?

Answer "Yes" or "No" as to each customer.

| Customer | Yes | No |
|---|---|---|
| Kenneth J. Bayer: | _____ | _____ |
| Lane Clizbe: | _____ | _____ |
| Louis A. Dellorfano: | _____ | _____ |
| G. Allen Deuschle: | _____ | _____ |
| Steve B. Dimercurio: | _____ | _____ |
| Jeffrey Funk: | _____ | _____ |
| Bob Krueger: | _____ | _____ |
| Clay B. Miller: | _____ | _____ |
| Bobby Pilkington: | _____ | _____ |
| Al Riedstra: | _____ | _____ |
| Peter Skrna: | _____ | _____ |
| Robert Weathers: | _____ | _____ |
| Gary J. Wendorff: | _____ | _____ |
| Donald Womeldorph: | _____ | _____ |

7. Did the Defendant with scienter make any unauthorized trade in the account of any of the following customers, in violation of **Section 10(b)** of the Exchange Act?

Answer "Yes" or "No" as to each customer.

| | | |
|---|---|---|
| Kenneth J. Bayer: | Yes ✓ | No _____ |
| Lane Clizbe: | Yes ✓ | No _____ |
| Louis A. Dellorfano: | Yes ✓ | No _____ |
| G. Allen Deuschle: | Yes ✓ | No _____ |
| Steve B. Dimercurio: | Yes ✓ | No _____ |
| Jeffrey Funk: | Yes ✓ | No _____ |
| Bob Krueger: | Yes ✓ | No _____ |
| Clay B. Miller: | Yes _____ | No ✓ |
| Al Riedstra: | Yes ✓ | No _____ |
| Peter Skrna: | Yes ✓ | No _____ |
| Robert Weathers: | Yes ✓ | No _____ |
| Gary J. Wendorff: | Yes ✓ | No _____ |
| Donald Womeldorph: | Yes ✓ | No _____ |

SO SAY WE ALL

███████████████████████

Signature of Foreperson

███████████████████████

Name of Foreperson