

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
New York Regional Office
Brookfield Place, 200 Vesey St.
New York, NY 10281-1022

DIVISION OF
ENFORCEMENT

Jorge Tenreiro
Senior Trial Counsel
(212) 336-9145 (direct)

June 28, 2019

**VIA OVERNIGHT DELIVERY**

The Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re:   *SEC v. Donald J. Fowler*, 17-cv-139-GHW

Dear Judge Woods:

   We represent Plaintiff Securities and Exchange Commission ("SEC") in the above-referenced case.  Pursuant to the Court's order entered June 20, 2019, and this Court's Individual Rules of Practice in Civil Cases, we enclose courtesy copies of the SEC's Motion for Remedies Against Defendant Donald J. Fowler ("Motion"), a Memorandum of Law in Support of the SEC's Motion, and the Declaration of the undersigned in Support of the SEC's Motion, together with Exhibits A – CC thereto.

Respectfully Submitted,

Jorge G. Tenreiro

Enclosures
cc: Liam O'Brien, Esq. (via ECF only)